DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN HACKIMER,**
Appellant,

v.

**R.J. REYNOLDS TOBACCO COMPANY,**
Appellee.

No. 4D17-331

[March 22, 2018]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 502014CA10849XXXX AI.

Philip Freidin of Freidin Brown, Miami, John S. Mills and Courtney Brewer of The Mills Firm, P.A., Tallahassee, Alex Alvarez of The Alvarez Law Firm, Coral Gables, and David J. Sales of David J. Sales, P.A., Jupiter, for appellant/cross-appellee.

William L. Durham II and Val Leppert of King & Spalding LLP, Atlanta, GA, for appellee/cross-appellant.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and ROBERTS, KATHLEEN, Associate Judge, concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***